1

2

3                                                      The Honorable Kymberly K. Evanson

4

5

6

7

8

9                    **UNITED STATES DISTRICT COURT,**
                    **WESTERN DISTRICT OF WASHINGTON**
10                              **AT SEATTLE**

11

AVA JANE FRANS, a single person,            **CASE NO. 2:24-cv-00214-KKE**
12

13          Plaintiff,                              **STIPULATION AND ORDER TO**
                                                    **AMEND THE COMPLAINT AND CASE**
14   v.                                             **CAPTION**

15   UNITED STATES AUTOMOBILE
     ASSOCIATION AKA USAA Insurance
16   Company & Charles Schwab Corporation,

17
            Defendants.
18

19

20                          **STIPULATED MOTION**

21
            **COME NOW** the parties by and through their counsel pursuant to FRCP 15(a)(2) and
22
     stipulate for an Order filing and entering upon the docket Plaintiff's attached First Amended
23
     Complaint for Damages in this matter and further amending the case caption as reflected in
24
     the First Amended Complaint for Damages.
25

26   //

27   //

28

STIPULATION AND ORDER TO                              **CAMPICHE ANDREWS HORNE**
AMEND THE COMPLAINT                                     **TRIAL LAWYERS, PLLC.**
Case No. 2:24-cv-00214-KKE                            111 Queen Anne Ave. N., Suite 510
Page  - **1**                                              Seattle, WA 98109
                                                         TEL: (206) 281-9000
                                                         FAX: (206) 281-9111

**ORDER**

THE COURT, having received the parties' Stipulated Motion to Amend the Complaint

and Case Caption Pursuant to FRCP 15(a)(2) now therefore **Orders**:

Plaintiff shall file its First Amended Complaint for Damages by June 7, 2024.  Further,

the Clerk is instructed to amend the case caption to match that of the First Amended Complaint

for Damages (Dkt. No. 14-1 at 1).

Dated this 31st of May, 2024

_____
Kymberly K. Evanson
United States District Judge

Presented by:

_/s/ Ricco Sanchez_
Ricco Sanchez, WSBA No. 54895
Nick Andrews, WSBA No. 40441
Jeffery M. Campiche WSBA No. 7592
Campiche Andrews Horne Trial Lawyers, PLLC
Attorneys for Plaintiff
111 Queen Anne Ave N, Suite 510
Seattle, WA 98109
Tele: 206.281.9000 Facsimile:  206.281.9111
Email addresses:
Ricco@Campichelaw.com
Nick@Campichelaw.com
Jeff@Campichelaw.com
Melina@Campichelaw.com
Savannah@Campichelaw.com

STIPULATION AND ORDER TO
AMEND THE COMPLAINT
Case No. 2:24-cv-00214-KKE
Page  - 2

**CAMPICHE ANDREWS HORNE
TRIAL LAWYERS, PLLC.**
111 Queen Anne Ave. N., Suite 510
Seattle, WA 98109
TEL: (206) 281-9000
FAX: (206) 281-9111

1

2    Approved as to form:

3

4    By: */s/ Melissa O'Connor*

5    Melissa O'Connor, WSBA No. 53907
     Joshua Kastan, WSBA No. 50899
6    Jessica Ross, WSBA No. 55290
7    DKM Law Group, LLP
     Attorneys for Defendant USAA Insurance Company
8    Brionna Murguia, Assistant
     Oliver Hart, Assistant
9    MOC@dkmlawgroup.com
     JNK@dkmlawgroup.com
10   JJR@dkmlawgroup.com
11   BVM@dkmlawgroup.com
     OCH@dkmlawgroup.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO
AMEND THE COMPLAINT
Case No. 2:24-cv-00214-KKE
Page  - **3**

**CAMPICHE ANDREWS HORNE**
**TRIAL LAWYERS, PLLC.**
111 Queen Anne Ave. N., Suite 510
Seattle, WA 98109
TEL: (206) 281-9000
FAX: (206) 281-9111