UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AVA JANE FRANS,<br><br>                  Plaintiff(s),<br><br>    v.<br><br>UNITED STATES AUTOMOBILE ASSOCIATION et al.,<br><br>                  Defendant(s). | CASE NO. 2:24−cv−00214−KKE<br><br>DISMISSAL ORDER |

Counsel having notified the Court of settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party. Any trial date and pretrial dates previously set are hereby VACATED and any pending motion is hereby STRICKEN.

In the event that the settlement is not perfected, any party may move to reopen the case within sixty (60) days of this order.

DATED: The 28th of June 2024.

*Kymberly K Evanson*
Honorable Kymberly K. Evanson
United States District Judge

DISMISSAL ORDER – 1